BARRY D. EDWARDS   4509
1431 Alencastre Street
Honolulu, Hawaii 96816
Telephone (808) 737-2100
Fax (808) 732-4499
e-mail: barrydedwards@gmail.com
Attorney for Defendant
  BRANDON J. MAGLINTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-170 JMS-02 |
| | ) | |
| | ) | DEFENDANT BRANDON J. |
| Plaintiff, | ) | MAGLINTI'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| vs. | ) | |
| | ) | |
| BRANDON J. MAGLINTI, ET AL., | ) | Judge: J. Michael Seabright |
| | ) | Sentencing: April 6, 2006, 11:00 a. m. |
| Defendants. | ) | |
| | ) | |

**DEFENDANT BRANDON J. MAGLINTI'S SENTENCING STATEMENT**

Defendant, BRANDON J. MAGLINTI, has no objections or proposed corrections to the Presentence Investigation Report.

DATED: Honolulu, Hawaii, March 31, 2006.

BARRY D. EDWARDS
Attorney for Defendant
BRANDON J. MAGLINTI

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a file-marked copy of the foregoing document is being served today by fax, and on the date of filing by hand delivery, to the following parties at the following addresses:

Michael K. Kawahara, Esq.
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850
By Fax: 541-2958

Ms. Anne M. Shimokawa
U. S. Probation Officer
PJKK Federal Courthouse, First Floor
300 Ala Moana Blvd.
Honolulu, HI 96850
By Fax: 541-1345

DATED: Honolulu, Hawaii, March 31, 2006

_____
Barry D. Edwards