EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0170JMS-02 |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | BRANDON J. MAGLINTI |
| | ) | |
| | ) | |
| STEVEN I. OKAMURA,       (01) | ) | Sentencing Date: 9/8/06 at |
| BRANDON J. MAGLINTI,     (02) | ) |  2:15 P.m., before the Hon. |
| | ) |  J. Michael Seabright |
| Defendants. | ) | |
| _____ | ) | |

**AMENDED MOTION FOR DOWNWARD DEPARTURE
IN SENTENCING DEFENDANT BRANDON J. MAGLINTI**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant Brandon J. Maglinti due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to 18 U.S.C. 3553(e) and U.S. Sentencing Commission Guideline 5K1.1.  The instant amended motion is filed to substitute for the original motion previously filed on September 6, 2006, and it likewise is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant" previously filed on September 6, 2006.

DATED:  Honolulu, Hawaii, September 7, 2006.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii


        By /s/ Michael K. Kawahara
           MICHAEL K. KAWAHARA
           Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Mr. Barry D. Edwards    barrydedwards@gmail.com    September 7, 2006

  Attorney for Defendant
  Brandon J. Maglinti

Served by hand-delivery:

Probation Officer                                                September 7, 2006
300 Ala Moana Blvd.,
Box 50111, Rm. C-126
Honolulu, HI  96850


                                      /s/ Rowena N. Kang