

# JOHN MULLEN & CO., INC.
### INSURANCE ADJUSTERS AND INVESTIGATORS
Suite 910 • 677 Ala Moana Blvd. • Honolulu, HI 96813
P.O. Box 2096 • Honolulu, HI 96805
Tel: (808) 531-9733 • Fax: (808) 531-0053
Website: www.johnmullen.com • Email: info@johnmullen.com

January 4, 2007

Brandon J Maglinti
2966 Laelae Way
Honolulu HI   96819-2920

| | |
|---|---|
| Employer: | Group Builders, Inc. |
| Employee: | Brandon J. Maglinti |
| Date of Injury: | 10/20/05 |
| Claim No.: | 710-182879 |
| Our File No.: | 1805798-0042 |
| DCD Case No.: | 20513743 |

Dear Mr. Maglinti:

Our office is handling your industrial accident that occurred on the above-captioned date.

Please be advised that we have scheduled an Independent Medical Evaluation/Permanent Partial Disability rating for you as follows:

| | |
|---|---|
| Physician: | Robert L. Smith, M.D. |
| Address: | Honolulu Sports Medical Clinic, Inc. |
| | 932 Ward Avenue, Suite 460 |
| | Honolulu, HI   96814 |
| Telephone No.: | 521-6564 |
| Appointment Date: | Monday, January 29, 2007 |
| Appointment Time: | 10:45 a.m. |

Please obtain any and all x-rays taken in connection with your low back injury and hand carry them to this appointment for Dr. Smith's review.

If you are unable to attend this examination for some emergency reason, please advise our office or Dr. Smith's office at least **ten  working days** prior to the appointment date.  Failure to do so may result in a late-cancellation or no-show charge, which may be assessed against you.



EXHIBIT " 4 "

CR 05-170 JMS -02

Page 2

Please make every effort to keep this appointment with Dr. Smith as we had to really search to have you see any good rating physician prior to your January 30, 2007 deadline.

Should you have any questions regarding the above matter, please contact the undersigned.

Sincerely,

ESTHER OKADA
(808)541-5547

EO:lv
A3-4

cc:  Oahu DCD