IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00170 JMS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION TO |
| vs. ) | CONTINUE SELF-SURRENDER |
| ) | DEADLINE |
| BRANDON J. MAGLINTI, ET AL., ) | |
| ) | |
| Defendant. ) | |
| _____  ) | |

ORDER GRANTING MOTION TO CONTINUE SELF-SURRENDER
DEADLINE

On January 19, 2007, Defendant Brandon Maglinti filed a motion to continue the deadline for his self-surrender from January 30, 2007 until February 28, 2007. As neither the United States nor the United States Pretrial Services objects to this request, Defendant's motion is GRANTED. Defendant is ordered to self-surrender to the designated institution by 2:00 p.m. on February 28, 2007.

IT IS SO ORDERED.

DATED at Honolulu, Hawaii, January 22, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Maglinti*, Cr. No. 05-00170 JMS, Order Granting Motion to Continue Self-Surrender Deadline