BARRY D. EDWARDS   4509
P. O. Box 1598
Kailua, Hawaii 96734
Telephone (808) 988-2005
Fax (808) 988-2044
e-mail: barrydedwards@gmail.com
Attorney for Defendant
   BRANDON J. MAGLINTI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 10 o'clock and 04 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>BRANDON J. MAGLINTI, *ET AL.*,<br><br>               Defendants. | CR. NO. 05-170 JMS-02<br><br>NOTICE OF MOTION; SECOND MOTION TO CONTINUE SELF-SURRENDER DEADLINE FROM FEBRUARY 28, 2007 TO MARCH 31, 2007; EXHIBIT A; CERTIFICATE OF SERVICE<br><br>Judge: J. Michael Seabright |

## NOTICE OF MOTION

Please take notice that the following motion will be brought on for hearing before the Honorable J. Michael Seabright, District Judge, as soon as counsel may be heard.

## MOTION TO CONTINUE SELF-SURRENDER DEADLINE

Defendant, BRANDON J. MAGLINTI, by his appointed counsel, moves to continue the deadline for his self-surrender to the term of imprisonment imposed in this action from February 28 to March 31, 2007, because his son, Brandon, age 13, was seriously injured on Saturday, February 16, 2007, at about 12:30 p.m., on Kahala Avenue in Honolulu, when he was hit by a runaway automobile. Brandon has been released from the hospital, and thankfully is recovering from his injuries, but doctors have recommended that he be closely watched for head injury symptoms for 1 ½ to 2 weeks. Mr. Maglinti did not anticipate this event, and seeks the additional time so that he may offer physical and emotional support to Brandon while he recovers.

The documents supporting this request are attached as Exhibit A.

The undersigned faxed a draft of this motion, requesting the position of the government, yesterday at 8:09 a.m. No response from the government has yet been received. Given the time sensitivity of this motion, it is being filed pending word from the government as to its position on the request.

DATED: Honolulu, Hawaii, February 23, 2007.

BARRY D. EDWARDS
Attorney for Defendant
BRANDON J. MAGLINTI