

PRINT THIS

# Local Top Stories

# Pedestrian Accidents Too Frequent in Oahu

**By Tammy Mori**

A 12-year old boy was hit by a car today, in Kahala.

Witnesses say he was thrown 20 feet into the air, right in front of his father.

A pedestrian gets hit almost everyday in Hawaii.

So far this year, 7 pedestrians have been killed.

What was supposed to be a fun day at the beach, turned traumatic.

A family was unloading their beach gear from their suburban, when a red convertible drove onto the curb and hit their son.

The boy was thrown into the air, as the convertible slammed into the wall.

The driver says he wasn't speeding, he just sneezed, causing him to veer off the road.

Witnesses say otherwise.

Scenes like this one are becoming far too frequent.

"One fatality to me is a crisis situation you don't want to see anyone in an accident you don't want to see a loss of life," says Mayor Mufi Hannemann, in a previous interview.

Lawmakers say we need to do something immediately

"The judiciary committee will look at those issues. We happen to believe that stiffer penalties will indeed serve as a deterrent," says Senator Clayton Hee.

As legislators discuss stiffer punishments, and police officers issue tickets to jay-walkers...

pedestrians are still being wheeled to the hospital.

This seventh grader, in serious condition.

EXHIBIT "A"

And many wonder how many it will take, before our roads become a safer place to walk and drive.

The driver in the red convertible is not facing any criminal charges at this time.

Story Updated: Feb 17, 2007 at 7:21 PM HST

**Find this article at:**
http://www.khon2.com/news/local/5918141.html

☐ Check the box to include the list of links referenced in the article.

Copyright ©2005 Television Station Group

Date of Loss: February 17, 2007
Location: 1533 Kahala Avenue
Time: 12:30pm

**Police Report# 07-067627**
Officer: A. Masaki (initial)
Officer: M. Noh (hospital)

**Witness Information:**

Jon McManus
4746 Aukai Avenue
Honolulu, HI 96816
808-265-4183

Malia McManus
4746 Aukai Avenue
Honolulu, HI 96816
808-265-4183

Alfonsina Ladongana
300 Ainakea Way #23
Honolulu, HI 96815
808-398-7387

Monica Martinez
300 Ainakea Way #32
Honolulu, HI 96815
808-388-1128

**Claim Information**

State Farm Insurance
Claim No: 51-0584-643
Richard Pritts
Phone: 627-4683

AIG Hawaii
Claim No: 07-075583
Loretta Fonts
Phone: 543-0413

Hertz Claim Department
RA# 186377376
VIN# 2624195
Phone: 1-800-227-4716