## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a file-marked copy of the foregoing document is being served today by fax, and on the date of filing by hand delivery, to the following parties at the following addresses:

Michael K. Kawahara, Esq.
Assistant United States Attorney
300 Ala Moana Blvd., Suite 6-100
Honolulu, HI 96850
By Fax: 541-2958

DATED: Honolulu, Hawaii, February 23, 2007.

_____
Barry D. Edwards