ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2007

at 3 o'clock and 70 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-170 JMS-02 |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND MOTION TO CONTINUE SELF-SURRENDER DEADLINE FROM FEBRUARY 28, 2007 TO MARCH 31, 2007 |
| vs. | ) | |
| BRANDON J. MAGLINTI, *ET AL.*, | ) | |
| Defendants. | ) | |

LODGED
FEB 23 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## ORDER GRANTING SECOND MOTION TO CONTINUE SELF-SURRENDER DEADLINE FROM FEBRUARY 28, 2007 TO MARCH 31, 2007

The defendant has today filed a second motion to continue the deadline for self-surrender to begin service of his sentence to imprisonment in this action. There has been no opposition expressed by the government, and good cause for the continuance has been demonstrated.

IT IS THEREFORE ORDERED that defendant's motion is GRANTED.

Defendant shall self-surrender at the institution designated by the Bureau of Prisons and commence service of his sentence to imprisonment not later than 2:00

p.m. at the designated institution, March 31, 2007.

DATED: Honolulu, Hawaii, February 23, 2007.

_____
J. Michael Seabright
United States District Judge
District of Hawaii

*CR. NO. 05-170 JMS-02*
*ORDER GRANTING SECOND MOTION*
*TO CONTINUE SELF-SURRENDER DEADLINE*

2